IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

4.

FEB 14 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAREZ BIBBS | § | |
| | § | |
| V. | § | C.A. NO. 00-47 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall

prepare the case for decision by the district judge assigned to the case. 28 U.S.C. § 636.   On

case or party dispositive motions where decision of the district judge is necessary, the magistrate

judge shall make recommendations to the district judge promptly with notice to the parties.

ORDERED this _____11_____ day of _____Feb_____, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com