In The United States District Court
For The Southern District of Texas
Corpus Christi Division

Juarez Bibbs
　　Applicant

v.　　　　　　　　　　Civil Action No. C-00-47

Gary L. Johnson
　　Defendant

United States District Court
Southern District of Texas
FILED

FEB 18 2000

Michael N. Milby, Clerk

Motion For Extension Of Time
To Pay Initial Filing Fee

To The Honorable Judge Of Said Court:

Comes now, Applicant in the above numbered cause and files this motion and will show the following:

I.

On February 3, 2000, applicant filed with this Court a writ of habeas corpus. The Court then issued a notice notifing applicant that there is a 5.00 filing fee to process the application, which has to be paid by February 24, 2000.

II

Applicant is a prisoner confined in the Texas Department of Criminal Justice (TDCJ). Applicant does not recieve any monies for the work performed while in TDCJ nor does he have any monies in his trust fund account nor

5.

does he have any monies of his own. The monies that applicant recieves is sent from family members when they are willing and able.

### III

Since notification of the courts notice applicant has made arrangements to obtain the filing fee from his family and forward it to the court. Such process must be accomplished through the mail, thus will take 14-30 day's.

Due to this applicant is requesting a additional 30 day's to file/pay the 5.00 filing fee which is up and until March 24, 2000.

Wherefore applicant seeks 30 days extension to file the filing fee.

Respectfully Submitted

Juarez Bibbs

Juarez Bibbs 649087
9601 Spur 591
Amarillo Tx. 79107

### Certificate of Service

I do hereby certify that a true and correct copy of the foregoing was mail to the District Clerk by placing the same in the prison mail box on February 16, 2000 addressed to U.S. Clerk, 521 Starr St., Corpus Christi 78401.

Execute 2-16-00

Signed Juarez Bibbs