IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 1 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JUAREZ M. BIBBS | § | |
| V. | § | C.A. NO. C-00-47 |
| GARY L. JOHNSON | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Plaintiff's motion for extension of time to pay filing fee (D.E. 5) is GRANTED. The filing fee is due on or before **March 21, 2000.**

ORDERED this _29_ day of _February_, 2000.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE