United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAREZ MIGUEL BIBBS | § | |
| | § | |
| V. | § | C.A. NO. C-00-47 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER FOR SERVICE OF PROCESS AND FOR ANSWER

Pursuant to 28 U.S.C. § 2254 and the Rules Governing Section 2254 Cases in the United States District Courts, the Court orders the Clerk of the Court to serve copies of applicant's petition for writ of habeas corpus, including briefs and exhibits (Instrument #1) and this Order to:

> Andy Taylor
> Attorney General of Texas
> P.O. Box 12548, Capitol Station
> Austin, TX 78711
>
> Gary Johnson, Director
> Texas Department of Criminal Justice -
> Institutional Division
> P.O. Box 99
> Huntsville, Texas 77340
>
> Keith Price, Senior Warden
> Clements Unit
> 9601 NE 24th Street
> Amarillo, TX 79107

Respondent shall file within sixty (60) days an answer, along with dispositive motions, if any, that fully comply with the Federal Rules of Civil Procedure and Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

Respondent's answer shall contain:

(a)  A statement of authority by which petitioner is held and, if held under the judgment of any court(s), the name of such court(s) and the number and style of the case(s) in which same were entered;

(b) The offense(s) and sentence(s);

(c) A specific response to each factual allegation and legal contention with applicable authority;

(d) A statement as to whether petitioner has exhausted all state remedies, either by appeal or collateral attack; and

(e) A statement indicating what transcripts of pretrial, trial or plea, sentencing and post-conviction proceedings are available (or which may later be available) and when they can be furnished, and what proceedings have been recorded and not transcribed.

Respondent's answer shall be accompanied by the following documents relating to the conviction(s) of the state court which petitioner attacks:

(a) Copies of the indictment(s), judgement(s), sentence(s), and order(s) pursuant to which petitioner is being held;

(b) If petitioner appealed from the judgment or conviction or from any adverse judgment or order in a post-conviction proceeding, a copy of the petitioner's brief on appeal and a copy of the judgement on appeal, the statement of facts on appeal, the opinion(s) of the appellate courts or a reference to where it may be found in the reporters;

(c) If petitioner has collaterally attacked the judgment of conviction or order in a postconviction proceeding, a copy of petitioner's application for collateral relief including all answers and judgments rendered as a result; and

(d) A copy of only such portions of the transcripts respondent considers relevant for the proper resolution of the action.

Petitioner will respond to any motion filed by respondent within thirty (30) days of the date on which respondent mailed petitioner's copy of the motion, as shown by respondent's certificate of service. Failure of the petitioner to respond to respondent's motion within the time limit will, if appropriate, result in the grant of summary judgment in favor of respondent.

It is further ordered that each party shall serve the other party, or counsel, with a copy of every pleading, motion, or other paper submitted to the Court for consideration. Service shall be

2

by mail to the other party. Every pleading, motion, or other document filed with the Clerk of the Court shall be signed by at least one attorney of record, whose address shall be stated, or, if the party is proceeding pro se, by said party, with address likewise stated. In the case of the pro se party, only signature by the pro se party will be accepted. If a layman signs a pleading, motion, or other document on behalf of the pro se party, it will not be considered by the Court.

Furthermore, every pleading, motion, or other document shall include on the original a signed certificate stating the date on which a true and correct copy of the pleading, motion, or document was mailed and to whom mailed. Failure to mail a copy thereof as certified will subject the party to sanctions by the Court. Sanctions may include, but are not limited to, automatic striking of pleading, motion, or other document.

There will be no direct communication with the United States District Judge or the United States Magistrate Judge. Communications must be submitted to the Clerk of the Court with copies to the other party. See Rules 5 and 11 of the Federal Rules of Civil Procedure.

ORDERED this 14 day of June, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

3