In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

Juarez Bibbs
　Petitioner

v.                                        Civil Action No. CA-C-00-47

Gary Johnson
　Defendants

United States District Court
Southern District of Texas
FILED
NOV 20 2000
MICHAEL N. MILBY CLERK

Notice Of Address Change

To The Clerk and/or Judge Of Said Court:
　Comes Now, petitioner in this cause and files this notice and will show the following:

I

　Petitioner has been transferred to a different prison within the Texas Department of Criminal Justice. The new address of petitioner is now Juarez Bibbs 649087, 3001 S. Emily Dr., Beeville Tx. 78102.

II

　Petitioner is notifying the court clerk and/or court of this address change that the records will reflect

10

the correct address of petitioner that he may recieve any notices and ruling's the court may make or issue. By copy of this notice petitioner has notified respondent's attorney of same.

Wherefore Petitioner files and request the notice of address change.

Respectfully Submitted

Juarez Bibbs

Juarez Bibbs 644087
3001 S. Emily Dr.
Beeville Tx. 78102

Certificate of Service

I do hereby certify that a true and correct copy of the foregoing has been served upon respondent's attorney by placing the same in the prison mail box on this 17th day of ~~2000~~ November, 2000 address to:

W. Erich Dryden
P.O. Box 12548 Capitol Station
Austin Tx. 78711

Executed 11-17-00            signed Juarez Bibbs