UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUAREZ BIBBS § | |
| Petitioner, § | |
| § | |
| V. § | NO. C-00-47 |
| § | |
| GARY L. JOHNSON, Director TDCJ-ID § | |
| Respondent. § | |

### ORDER DENYING MOTION FOR RECONSIDERATION

Petitioner's motion for reconsideration (D.E. 12) of the memorandum and recommendation filed December 5, 2000 (D.E. 11) is denied for the reasons set forth therein. Petitioner's objections will be forwarded to the District Court for review.

ORDERED this 29 day of December, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE