In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

FEB 05 2001

MICHAEL N. MILBY CLERK

Juarez Bibbs
   Petitioner

vs.                                   No. C-00-47

Gary L. Johnson,
   Respondent

## Notice of Appeal

To The Honorable Judge Of Said Court:

Comes Now, petitioner in this cause and files this motion and in support thereof will show the following:

### I

The Magistrate entered a order dismissing this cause on December 5, 2000. Petitioner filed a Objection to and motion for reconsideration which was denied on and/or filed on January 3, 2001, in which petitioner recieved said order on or about January 6, 2001. Thus this notice is timely if deposited in the prison mail box on or before February 3, 2001.

### II

In deciding petitioners habeas corpus the magistrate made

14

an erroneous ruling due to the law's and president laid by the Fifth Circuit Court of Appeals were not followed. Petitioner has colorable claims that are debatable among jurist of reason and that could be decided in a different manner thus seeks review of the district court's judgement by the Court of Appeals.

Wherefore petitioner seeks to appeal the final judgement issued in this cause

Respectfully Submitted
Juarez Bibbs
3001 S. Emily Dr.
Beeville Tx. 78102

Certificate of Service

I do hereby certify that a true and correct copy of the foregoing has been mailed to the District Clerk by placing the same in the prison mail box on this 29th day of January 2001, addressed to:

U.S. Clerk
521 Starr St.
Corpus Christi Tx. 78401

Executed 1/29/01            Signed Juarez Bibbs