United States District Court
Southern District of Texas
ENTERED

MAR - 2 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAREZ BIBBS | § § | 15. |
| VS. | § § | CIVIL ACTION NO. C-00-047 |
| GARY L. JOHNSON | § § | |

### ORDER GRANTING GARY L. JOHNSON'S MOTION FOR SUMMARY JUDGMENT

On December 5, 2000, the Magistrate Judge filed her Memorandum and Recommendation regarding respondent's motion for summary judgment. Petitioner timely filed objections which are without merit. Having reviewed *de novo* the pleadings on file, this Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's motion for summary judgment is GRANTED, and petitioner's application for habeas corpus is DISMISSED.

ORDERED this 2nd day of March, 2001.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE