IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAREZ BIBBS | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-47 |
| GARY L. JOHNSON | § | |

### FINAL JUDGMENT

A final judgment is entered dismissing plaintiff's 28 U.S.C. § 2254 petition.

ORDERED this _____ day of _____, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE